JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOJING LIU,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEJANDRO N. MAYORKAS, Homeland Security Secretary,<br><br>    Defendant. | No. 2:23-cv-9127-JLS-MARx<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION (Doc. 10)** |

    Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor, IT IS HEREBY ORDERED that the instant action shall be stayed until April 23, 2025. No later than that date, Plaintiff shall file a notice of dismissal or status report in the action.

Dated: December 11, 2023

                                                 _____
                                                 HON. JOSEPHINE L. STATON
                                                 UNITED STATES DISTRICT JUDGE